

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2014

No. 04-14-00096-CR

John Anthony **MONACO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12627
Honorable Angus McGinty, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on March 19, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 19th day of March, 2014.

_____
Keith E. Hottle, Clerk